IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| AMERICAN AIRLINES, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:23-cv-00860-P |
| | § | |
| SKIPLAGGED, INC., | § | |
| | § | |
| Defendant. | § | |

# NOTICE OF APPEAL

Pursuant to Federal Rules of Appellate Procedure 3 and 4 and 28 U.S.C. § 1291, Plaintiff American Airlines, Inc. appeals to the United States Court of Appeals for the Fifth Circuit from the May 6, 2025 Memorandum Opinion & Order (ECF No. 345),[1] as well as (a) any adverse interlocutory orders, including the July 31, 2024 Memorandum Opinion & Order (ECF No. 199), and (b) any adverse order or final judgment that follows. If this Notice is premature, it will be "treated as filed on the date of and after the entry" of a final judgment. Fed. R. App. P. 4(a)(2).

---

[1] American does not believe ECF No. 345 is a final judgment. ECF No. 345 is not titled "Final Judgment" and does not resolve interest and cost amounts. However, because (a) decisions can be final even if not set forth on a separate document, (b) resolution of costs does not prevent finality of a merits ruling, and (c) Federal Rule of Appellate Procedure 4 provides that the "time to appeal runs for all parties from the entry of the order disposing of the last" motion filed under Federal Rules of Civil Procedure 50(b) and 59, American files this Notice out of an abundance of caution. If ECF No. 345 is not intended as a final judgment, this Court retains jurisdiction to enter final judgment in accordance with Rules 54 and 58. Fed. R. Civ. P. 54, 58(a), (d). This Notice will be effective upon entry of such final judgment.

Dated: June 5, 2025

Respectfully submitted,

*/s/ Dee J. Kelly, Jr.*
Dee J. Kelly, Jr.
State Bar No. 11217250
dee.kelly@kellyhart.com
Caitlyn E. Hubbard
State Bar No. 24097853
caitlyn.hubbard@kellyhart.com
Julia G. Wisenberg
State Bar No. 24099146
julia.wisenberg@kellyhart.com
KELLY HART & HALLMAN LLP
201 Main Street, Suite 2500
Fort Worth, Texas 76102
(817) 332-2500

R. Paul Yetter
State Bar No. 22154200
pyetter@yettercoleman.com
Tyler P. Young
State Bar No. 24129144
tyoung@yettercoleman.com
YETTER COLEMAN LLP
811 Main Street, Suite 4100
Houston, Texas 77002
(713) 632-8003

Cameron M. Nelson
nelsonc@gtlaw.com
GREENBERG TRAURIG LLP
77 West Wacker Drive, Suite 3100
Chicago, Illinois 60601
Telephone: (312) 456-6590

Nathan J. Muyskens
nathan.muyskens@gtlaw.com
GREENBERG TRAURIG LLP
2101 L Street, N.W., Suite 1000
Washington, DC 20037
Telephone: (202) 331-3100

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I certify that on June 5, 2025, I served the foregoing document electronically in accordance with the Federal Rules of Civil Procedure.

>  */s/ Dee J. Kelly, Jr.*
>  Dee J. Kelly, Jr.