**Case No. 25-10703**

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

**AMERICAN AIRLINES, INCORPORATED,**

*Plaintiff – Appellant/Cross-Appellee*,

**v.**

**SKIPLAGGED, INC.,**

*Defendant – Appellee/Cross-Appellant.*

**ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

**UNOPPOSED MOTION TO SUPPLEMENT THE APPELLATE RECORD**

Dee J. Kelly, Jr.
State Bar No. 11217250
dee.kelly@kellyhart.com
Caitlyn E. Hubbard
State Bar No. 24097853
caitlyn.hubbard@kellyhart.com
Julia G. Wisenberg
State Bar No. 24099146
julia.wisenberg@kellyhart.com
**Kelly Hart & Hallman LLP**
201 Main Street, Suite 2500
Fort Worth, Texas 76102
(817) 332-2500

R. Paul Yetter
State Bar No. 22154200
pyetter@yettercoleman.com
Tyler P. Young
State Bar No. 24129144
tyoung@yettercoleman.com
**Yetter Coleman LLP**
811 Main Street, Suite 4100
Houston, Texas 77002
(713) 632-8003

**ATTORNEYS FOR APPELLANT
AMERICAN AIRLINES, INC.**

## CERTIFICATE OF INTERESTED PERSONS

Pursuant to FED. R. APP. P. 26.1 and 5th CIR. R. 28.2.1, Appellant American Airlines, Inc. offers this Certificate of Interested Persons.

(1)  Number and Style of the Case: No. 25-10703; *American Airlines, Incorporated v. Skiplagged, Inc.*

(2)  The undersigned counsel of record certifies that the following listed persons and entities as described in the fourth sentence of Rule 28.2.1 have an interest in the outcome of this case. These representations are made in order that the judges of this Court may evaluate possible disqualifications or recusal.

| | |
|---|---|
| <u>Appellant:</u> | American Airlines, Incorporated |
| <u>Counsel for Appellant:</u> | Dee J. Kelly, Jr.<br>Caitlyn E. Hubbard<br>Julia G. Wisenberg<br>Kelly Hart & Hallman LLP<br><br>R. Paul Yetter<br>Tyler P. Young<br>Yetter Coleman LLP |

| | |
|---|---|
| <u>Appellee:</u> | Skiplagged, Inc. |
| <u>Counsel for Appellee:</u> | William Louis Kirkman<br>Kirkman Law Firm, P.L.L.C.<br><br>Aaron Zachary Tobin<br>Brandy Renee Manning<br>Leah K. Lanier<br>Abigail R.S. Campbell<br>Condon Tobin Sladek Thornton Nerenberg, P.L.L.C.<br>David Steven Coale<br>Lynn Pinker Cox & Hurst, L.L.P. |

Pursuant to FED. R. APP. P. 26.1(a), Appellant American Airlines, Inc. further represents that American Airlines Group, Inc., a publicly held corporation, is a holding company and is the parent corporation of American Airlines, Inc. American Airlines Group Inc. is the sole shareholder of American Airlines, Inc.

*/s/ Caitlyn E. Hubbard*
Caitlyn E. Hubbard

*Attorney of Record for Appellant*
*American Airlines, Inc.*

TO THE HONORABLE JUSTICES OF THE UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT:

Comes now, Appellant American Airlines, Inc. and files this *Unopposed Motion to Supplement the Appellate Record* in accordance with Federal Rules of Appellate Procedure 10(e) and 27 and Fifth Circuit Rule 27. In support of this motion, Appellant shows the Court the following:

## I.
## REQUEST TO SUPPLEMENT THE RECORD ON APPEAL

Appellant files this motion because five exhibits offered by Appellant in the trial proceedings below—specifically, PX 137 – PX 141 ("Omitted Exhibits")—are inadvertently omitted from the appellate record. The parties were ordered by U.S. District Judge Mark T. Pittman to file an agreed-upon version of the trial exhibits after "the Clerk of Court [was] unable to locate the record evidence from trial." ROA.8643). The parties prepared an Index of Admitted Trial Exhibits, which referenced the Omitted Exhibits, and jointly filed the admitted trial exhibits with the district court, submitting electronic copies of the remaining exhibits via USB drive (due to file size and/or type). *See* ROA.9989-10005; ROA.8646.

During the week of August 18, 2025, Appellant discovered that although the Omitted Exhibits were included in the parties' Index of Admitted Trial Exhibits, *see* ROA.9994-95, Plaintiff's Exhibits were inadvertently not included in the ten-part upload of trial exhibits and, thus, are not included in the appellate record.

Pursuant to Federal Rule of Appellate Procedure 10(e), Appellant respectfully requests that the Court grant this Motion and direct the district court to certify and forward the supplemental Appellant's/Plaintiff's exhibits.

Appellee Skiplagged, Inc. is unopposed to this request.

## II.
## PRAYER

Therefore, Appellant American Airlines, Inc. respectfully requests that the Court direct the district court to supplement the record with the Omitted Exhibits.

Respectfully submitted,

*/s/ Caitlyn E. Hubbard*
Dee J. Kelly, Jr.
State Bar No. 11217250
dee.kelly@kellyhart.com
Caitlyn E. Hubbard
State Bar No. 24097853
caitlyn.hubbard@kellyhart.com
Julia G. Wisenberg
State Bar No. 24099146
julia.wisenberg@kellyhart.com
**Kelly Hart & Hallman LLP**
201 Main Street, Suite 2500
Fort Worth, Texas 76102
(817) 332-2500

R. Paul Yetter
State Bar No. 22154200
pyetter@yettercoleman.com
Tyler P. Young
State Bar No. 24129144
tyoung@yettercoleman.com
**Yetter Coleman LLP**
811 Main Street, Suite 4100
Houston, Texas 77002
(713) 632-8003

**ATTORNEYS FOR APPELLANT AMERICAN AIRLINES, INC.**

## CERTIFICATE OF CONFERENCE

On August 22, 2025, I contacted Bill Kirkman, counsel for Appellee/Cross-Appellant, Skiplagged, Inc. Appellee does not oppose this Motion to Supplement the Appellate Record.

/s/ Julia G. Wisenberg<br>
Julia G. Wisenberg

## CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of August, 2025, an electronic copy of the foregoing motion was filed with the Clerk of the Court for the United States Court of Appeals for the Fifth Circuit using the appellate CM/ECF system, and that service will be accomplished by the appellate CM/ECF system to all counsel of record.

/s/ Caitlyn E. Hubbard<br>
Caitlyn E. Hubbard

# CERTIFICATE OF COMPLIANCE

1. This motion complies with the type-volume limitations of Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 284 words, as determined by the word-count function of Microsoft Word 2016.

2. This motion complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type and style requirements of Federal Rule of Appellate Procedure 32(a)(6) because this motion has been prepared in a proportionally spaced typeface using Microsoft Word 2016 in fourteen (14) point "Times New Roman" style font.

*/s/ Caitlyn E. Hubbard*
Caitlyn E. Hubbard

# CERTIFICATE OF ELECTRONIC COMPLIANCE

I hereby certify that, in the foregoing motion filed using the Fifth Circuit CM/ECF document filing system, (1) the privacy redactions required by the Fifth Circuit Rule 25.2.13 have been made, (2) the electronic submission is an exact copy of the paper document, and (3) the document has been scanned for viruses and is free of viruses.

*/s/ Caitlyn Hubbard*
Caitlyn E. Hubbard