Case No. 25-10703

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

AMERICAN AIRLINES, INCORPORATED,

Plaintiff – Appellant/Cross-Appellee,

v.

SKIPLAGGED, INCORPORATED,

Defendant – Appellee/Cross-Appellant.

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

UNOPPOSED MOTION FOR TEMPORARY SEAL
OF APPELLANT'S BRIEF

TO THE HONORABLE JUDGES OF THE UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT:

Comes now, Appellant/Cross-Appellee, American Airlines, Incorporated ("American"), and files this *Unopposed Motion for Temporary Seal of Appellant's Brief*. In support, American shows the Court the following:

I.

This appeal challenges a district court's summary judgment, trial, and post-trial rulings. On summary judgment, portions of the parties' briefing and evidence were filed under seal. [*E.g.*, ROA.2310-498]. Because American

challenges the summary judgment ruling, American's Brief of Appellant cites to portions of those sealed records submitted in connection with the summary judgment briefing.

While American's Brief of Appellant cites to portions of the sealed records, American does not believe that its Brief discloses any material that warrants redaction. American recognizes the presumption that court records are public. *See Binh Hoa Le v. Exeter Fin. Corp.*, 990 F.3d 410, 417 (5th Cir. 2021). But American also recognizes that Appellee Skiplagged, Inc. ("Skiplagged") requires an opportunity to review American's Brief to (i) assess whether it believes any redactions are warranted and (ii) provide its position to this Court.

Thus, American requests that the Court place American's Brief of Appellant temporarily under seal so that Skiplagged may review American's Brief and submit its position as to whether any portion of American's Brief warrants redaction. If, after review, Skiplagged does not request redactions, American will re-file its Brief of Appellant publicly. If Skiplagged does request redactions, American will file a partially-redacted Brief with the requested redactions, subject to this Court's ultimate ruling.

Under Fifth Circuit Rule 27.4, counsel are in agreement regarding the relief requested in this Motion.

## II.

American respectfully requests that the Court grant this Unopposed Motion for Temporary Seal to allow Skiplagged the opportunity to (i) review American's Brief of Appellant and (ii) provide a response as to whether any portion of American's Brief of Appellant should be redacted or sealed.

Respectfully submitted,

*/s/ Caitlyn Hubbard*
Dee J. Kelly, Jr.
State Bar No. 11217250
dee.kelly@kellyhart.com
Caitlyn E. Hubbard
State Bar No. 24097853
caitlyn.hubbard@kellyhart.com
Julia G. Wisenberg
State Bar No. 24099146
julia.wisenberg@kellyhart.com
**Kelly Hart & Hallman LLP**
201 Main Street, Suite 2500
Fort Worth, Texas 76102
(817) 332-2500

R. Paul Yetter
State Bar No. 22154200
pyetter@yettercoleman.com
Tyler P. Young
State Bar No. 24129144
tyoung@yettercoleman.com
**Yetter Coleman LLP**
811 Main Street, Suite 4100
Houston, Texas 77002
(713) 632-8003

Cameron M. Nelson
nelsonc@gtlaw.com
**Greenberg Traurig LLP**
77 West Wacker Drive, Suite 3100
Chicago, Illinois 60601
(312) 456-6590

**ATTORNEYS FOR APPELLANT AMERICAN AIRLINES, INCORPORATED**

## CERTIFICATE OF CONFERENCE

On November 11 and 20, 2025, undersigned counsel contacted and conferred with counsel for Appellee, David Coale, regarding the subject matter of this motion and the requested relief. Mr. Coale stated that Appellee is unopposed to this motion.

*/s/ Caitlyn Hubbard*
Caitlyn E. Hubbard

## CERTIFICATE OF SERVICE

I hereby certify that on the 24th day of November, 2025, an electronic copy of the foregoing motion was filed with the Clerk of the Court for the United States Court of Appeals for the Fifth Circuit using the appellate CM/ECF system, and that service will be accomplished by the appellate CM/ECF system to all counsel of record.

*/s/ Caitlyn E. Hubbard*
Caitlyn E. Hubbard

# CERTIFICATE OF COMPLIANCE

1. This motion complies with the type-volume limitations of Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 313 words, as determined by the word-count function of Microsoft Word 365.

2. This motion complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type and style requirements of Federal Rule of Appellate Procedure 32(a)(6) because this motion has been prepared in a proportionally spaced typeface using Microsoft Word 365 in fourteen (14) point "Times New Roman" style font.

*/s/ Caitlyn E. Hubbard*
Caitlyn E. Hubbard

# CERTIFICATE OF ELECTRONIC COMPLIANCE

I hereby certify that, in the foregoing motion filed using the Fifth Circuit CM/ECF document filing system, (1) the privacy redactions required by the Fifth Circuit Rule 25.2.13 have been made, (2) the electronic submission is an exact copy of the paper document, and (3) the document has been scanned for viruses and is free of viruses.

*/s/ Caitlyn Hubbard*
Caitlyn E. Hubbard
