No. 25-10703

In the United States Court of Appeals
for the Fifth Circuit

---

**American Airlines, Incorporated**,
*Plaintiff – Appellant/Cross-Appellee*

v.

**Skiplagged, Incorporated**,
*Defendant – Appellee/Cross-Appellant*

---

Appeal from the United States District Court for the Northern
District of Texas, Fort Worth Division; Civil Action No. 4:23-cv-860
*Honorable Mark Timothy Pittman, Judge Presiding*

---

**SKIPLAGGED, INCORPORATED'S SECOND UNOPPOSED
MOTION FOR EXTENSION OF TIME TO FILE BRIEF AS
APPELLEE AND OPENING BRIEF AS CROSS-APPELLANT**

---

David S. Coale
State Bar No. 00787255
dcoale@lynnllp.com
**Lynn Pinker Hurst &
Schwegmann LLP**
2100 Ross Avenue, Suite 2700
Dallas, Texas 75201
Telephone: (214)-981-3800
Facsimile:   (214)-981-3839

**ATTORNEYS FOR SKIPLAGGED,
INCORPORATED, APPELLEE/
CROSS-APPELLANT**

TO THE HONORABLE SUPREME COURT OF TEXAS:

Under Texas Rules of Appellate Procedure 10.5(b)(1) and 38.6(d), Appellee and Cross-Appellant Skiplagged, Incorporated ("Skiplagged"), files this second unopposed motion for an extension of time and respectfully requests a 28-day extension, or until Friday, February 20, 2026, to file its Brief as Appellee and Opening Brief as Cross-Appellant (the "Brief").

## I.    CURRENT DEADLINE

Skiplagged's Brief is currently due on Friday, January 23, 2026.

## II.    REASONS FOR EXTENSION

- Reply Brief of Appellants and Response to Motion to Strike Appellants' Amended Notice of Appeal and Dismiss Appeal of Lynn Pinker Hurst & Schwegmann, LLP on January 5, 2026 in *James Dondero, et al. v. UBS Securities, LLC, et al.*, Case No. 05-25-00376-CV, in the Court of Appeals for the Fifth District of Texas;

- Hearing on Motion for Judgment Notwithstanding the Verdict, to Disregard, and New Trial on January 7, 2026 in S*kyward Transportation, LLC v. Mexico Foods, LLC, et al.*, Cause No. DC-23-15759, in the 160th Judicial District Court, Dallas County, Texas;

- Hearing on Defendants' Motion to Confirm Amount of Supersedeas Bond and Motion To Modify or Correct Judgment on January 8, 2026 in *GCP Cicis, LLC v. Sunil D. Harod, et al.*, Cause No. DC-24-01196, in the 116th Judicial District Court, Dallas County, Texas; and

- Brief in Opposition to Petition for Certiorari due January 16, 2026 in *The Boeing Company v. Southwest Airlines Pilots Association,* in the Supreme Court of the United States, in addition to other ongoing professional obligations.

This extension of time is sought so that justice may be done in the disposition of this case and is not sought for purposes of delay. This is the second extension of Skiplagged's briefing deadline sought by Skiplagged.

## III.   REQUEST FOR RELIEF

For these reasons, Skiplagged requests that the Court grant this Second Unopposed Motion for Extension of Time to File its Brief as Appellee and Opening Brief as Cross-Appellant, extending the time to file the Brief until February 20, 2026. Skiplagged further requests all additional relief to which it may be justly entitled.

Respectfully submitted,

*/s/ David S. Coale*

David S. Coale
  State Bar No. 00787255
  dcoale@lynnllp.com
**Lynn Pinker Hurst &**
  **Schwegmann, LLP**
2100 Ross Avenue, Suite 2700
Dallas, Texas 75201
Telephone: (214) 981-3800
Facsimile:  (214) 981-3839

**ATTORNEYS FOR SKIPLAGGED,**
**INCORPORATED, APPELLEE/**
**CROSS-APPELLANT**

## Certificate of Service

The undersigned certifies that a copy of the foregoing has been served upon counsel of record on January 7, 2026.

Dee J. Kelly, Jr.
dee.kelly@kellyhart.com
Caitlyn E. Hubbard
caitlyn.hubbard@kellyhart.com
Julia G. Wisenberg
julia.wisenberg@kellyhart.com
Kelly Hart & Hallman LLP
201 Main Street, Suite 2500
Fort Worth, Texas 76102

R. Paul Yetter
pyetter@yettercoleman.com
Tyler P. Young
tyoung@yettercoleman.com
Yetter Coleman LLP
811 Main Street, Suite 4100
Houston, Texas 77002

**Attorneys for Appellant American Airlines, Inc.**

*/s/ David S. Coale*
David S. Coale

## Certificate of Conference

The undersigned certifies that counsel for Skiplagged, Incorporated conferred with Caitlyn Hubbard, counsel for Appellant American Airlines, Inc., on January 7, 2026, and the relief requested by this Motion is not opposed.

/s/ David S. Coale
David S. Coale