# United States Court of Appeals
# for the Fifth Circuit

No. 25-10703

United States Court of Appeals
Fifth Circuit
**FILED**
March 2, 2026
Lyle W. Cayce
Clerk

AMERICAN AIRLINES, INCORPORATED,

*Plaintiff—Appellant/Cross-Appellee*,

*versus*

SKIPLAGGED, INCORPORATED,

*Defendant—Appellee/Cross-Appellant.*

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:23-CV-860

ORDER:

IT IS ORDERED that the unopposed motion filed by Appellant/Cross-Appellee for clarification of the Court's order dated February 18, 2026 is GRANTED.

IT IS FURTHER ORDERED that, within 14 days, Appellee/Cross-Appellant should respond as to why the Appellant/Cross-Appellee's brief should not be unsealed. The response must analyze the propriety of secrecy, providing reasons and legal citations, as appropriate. Failure to comply may result in Appellant/Cross-Appellee's brief being unsealed and being made available on the public docket.

IRMA CARRILLO RAMIREZ
*United States Circuit Judge*