# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

March 11, 2026

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 25-10703   American Airlines v. Skiplagged
              USDC No. 4:23-CV-860

The court has taken the following action in this case:

The motion to file a corrected cross-appellant's brief is hereby
GRANTED.

        Sincerely,

        LYLE W. CAYCE, Clerk

        By: _____
        Mary Frances Yeager, Deputy Clerk
        504-310-7686

Ms. Abigail R.S. Campbell
Mr. David Steven Coale
Mrs. Caitlyn Hubbard
Mr. Dee J. Kelly Jr.
Mr. William Louis Kirkman
Ms. Leah K. Lanier
Ms. Brandy Renee Manning
Mr. Aaron Zachary Tobin
Ms. Julia Grace Wisenberg
Mr. R. Paul Yetter
Mr. Tyler Paul Young