**IN THE
UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT**

**American Airlines, Incorporated,**

*Plaintiff – Appellant / Cross-Appellee,*

**v.**

**Skiplagged, Incorporated,**

*Defendants – Appellees / Cross-Appellant.*

**Appeal from the United States District Court
for the Northern District of Texas
Fort Worth Division**
*Hon. Mark T. Pittman, United States District Judge*

**RESPONSE TO ORDER DATED MARCH 2, 2026**

TO THE HONORABLE JUSTICES OF THIS COURT:

Pursuant to this Court's Order dated March 2, 2026, Appellee/Cross-Appellant Skiplagged Inc. ("Skiplagged") hereby files this response.

Skiplagged is not opposed to Appellant/Cross-Appellee's brief being unsealed.

WHEREFORE, Appellant/Cross-Appellee's has no objection to Appellant/Cross-Appellee's brief being unsealed.

Respectfully submitted,

/s/ *Brandy R. Manning*
Brandy R. Manning
Texas Bar No. 24029703
bmanning@condontobin.com
Aaron Z. Tobin
Texas Bar No. 24002845
atobin@condontobin.com
Leah K. Lanier
Texas Bar No. 24080068
llanier@condontobin.com
CONDON TOBIN SLADEK SPARKS
NERENBERG PLLC
8080 Park Lane, Suite 700
Dallas, Texas 75231
Telephone: (214) 265-3800
Facsimile:  (214) 691-6311

David S. Coale
State Bar No. 00787255
dcoale@lynnllp.com
LYNN PINKER HURST &
SCHWEGMANN, LLP
2100 Ross Avenue, Suite 2700
Dallas, Texas  75201
Telephone: (214) 981-3800
Facsimile:  (214) 981-3839

William L. Kirkman
Texas Bar No. 11518700
billk@kirkmanlawfirm.com
Preston B. Sawyer
Texas Bar No. 24102465
prestons@kirkmanlawfirm.com
KIRKMAN LAW FIRM, PLLC
201 Main Street, Suite 1160
Fort Worth, Texas 76102
Telephone: (817) 336-2800
Facsimile: (817) 877-1863

*Attorneys for Appellee/Cross-Appellant Skiplagged, Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on April 1, 2026, a copy of the foregoing document was served on all parties via the court's electronic filing system.

/s/ *Brandy R. Manning*
Brandy R. Manning