# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

April 1, 2026

Lyle W. Cayce
Clerk

No. 25-10703

AMERICAN AIRLINES, INCORPORATED,

*Plaintiff—Appellant/Cross-Appellee*,

*versus*

SKIPLAGGED, INCORPORATED,

*Defendant—Appellee/Cross-Appellant*.

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:23-CV-860

ORDER:

IT IS ORDERED that Appellant/Cross-Appellee's unopposed motion for an extension of 30 days, or, to and including May 11, 2026, to file their brief as Cross-Appellee is GRANTED.

IRMA CARRILLO RAMIREZ
*United States Circuit Judge*