# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

May 21, 2026

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

No. 25-10703   American Airlines v. Skiplagged
USDC No. 4:23-CV-860

The court has granted in part an extension of time to and including June 17, 2026 for filing the reply brief of the cross-appellant in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Lisa E. Ferrara, Deputy Clerk
504-310-7675

Ms. Abigail R.S. Campbell
Mr. David Steven Coale
Mrs. Caitlyn Hubbard
Mr. Dee J. Kelly Jr.
Mr. William Louis Kirkman
Ms. Leah K. Lanier
Ms. Brandy Renee Manning
Mr. Aaron Zachary Tobin
Ms. Julia Grace Wisenberg
Mr. R. Paul Yetter
Mr. Tyler Paul Young