No. 25-10703

**In the**
**United States Court of Appeals**
**for the Fifth Circuit**

---

**American Airlines, Inc.,**
*Appellant,*

**v.**

**Skiplagged, Inc.,**
*Appellee.*

---

Appeal from the United States District Court
for the Northern District of Texas
*Hon. Mark Pittman, District Judge*

---

## SKIPLAGGED'S RESPONSE TO ORDER DATED JULY 8, 2026

---

Pursuant to this Court's Order dated July 8, 2026, Appellee/

Cross-Appellant Skiplagged Inc. states that is not opposed to the

unsealing of the combined reply and response brief filed by Appellant/

Cross-Appellee American Airlines, Inc. on May 11, 2026.

Respectfully submitted,

Aaron Z. Tobin
  Texas Bar No. 24028045
  atobin@condontobn.com
Brandy R. Manning
  Texas Bar No. 24029703
  bmanning@condontobn.com
Leah K. Lanier
  Texas Bar No. 24080068
  llanier@condontobn.com
**Condon Tobin Sladek Sparks**
**Nerenberg PLLC**
8080 Park Lane, Suite 700
Dallas, Texas 75231
P: 214-265-3800
F: 214- 691-6311

*/s/ David S. Coale*

David S. Coale
  Texas Bar No. 0078725
  dcoale@lynnllp.com
**Lynn Pinker Hurst &**
**Schwegmann, LLP**
2100 Ross Avenue, Suite 2700
Dallas, Texas 75201
P: 214-981-3800
F: 214-981-3839

Irwin B. Schwartz
ischwartz@blaschwartz.com
**BLA Schwartz, PC**
One University Avenue
Westwood, MA 02090
P: 781-636-5000
F: 617-421-1810

***Attorneys for Skiplagged, Inc.***

# Certificate of Service

The undersigned hereby certifies that on July 14, 2026, the foregoing response was electronically filed with the Clerk for the United States Court of Appeals for the Fifth Circuit, and that all counsel of record were served by electronic means on that same date:

Dee J. Kelly, Jr.
Caitlyn E. Hubbard
Julia G. Wisenberg
**Kelly Hart & Hallman LLP**

R. Paul Yetter
Tyler P. Young
**Yetter Coleman LLP**

Cameron M. Nelson
**Greenberg Traurig LLP**

*/s/ David S. Coale*
David S. Coale

## Certificate of Compliance

This response complies with the type-volume limitations of Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 39 words, as determined by the word-count function of Microsoft Word 365.

This response complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type and style requirements of Federal Rule of Appellate Procedure 32(a)(6) because this motion has been prepared in a proportionally spaced typeface using Microsoft Word 365 in fourteen (14) point "Equity A" style font.

*/s/ David S. Coale*
David S. Coale


## Certificate of Electronic Compliance

I hereby certify that, in the foregoing response filed using the Fifth Circuit CM/ECF document filing system, (1) the privacy redactions required by the Fifth Circuit Rule 25.2.13 have been made, (2) the electronic submission is an exact copy of the paper document, and (3) the document has been scanned for viruses and is free of viruses.

*/s/ David S. Coale*
David S. Coale